Rose Ann Eggeson, Ex'r of the Estate of Neal Eggeson *et al.,* Plaintiffs-Appellants, v. Brower Manufacturing Company *et al.,* Defendants-Appellees.—(Carole Brower *et al.,* Counterplaintiffs-Cross-appellants, v. Brower Manufacturing Company *et al.,* Counterdefendants-Cross-appellees.)

(No. 12471;

Fourth District—May 1, 1975.

Opinion by Mr. PRESIDING JUSTICE SIMKINS.

Jerry L. Brennan, of Keefe, Pierson, Snowden, Gorman, & Brennan, of Quincy, for appellants.

Schmiedeskamp, Robertson, House, Neu, & Mitchell, and John T. Inghram, of Inghram & Dittmeyer, and Matthew A. Hutmacher, of Hunter & Hutmacher, all of Quincy, and Cusack & Cusack, of Chicago, for appellees.